UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | | |
|---|---|---|
| PROPANE RESOURCES SUPPLY & MARKETING, L.L.C. | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 11-cv-2451 JWL/DJW |
| CENTRAL L.P. GAS, INC. and HARRY GERBIGE | ) ) ) ) | |
| Defendants. | ) | |

## EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| A | General Terms and Conditions, July 30, 2009 |
| B | General Terms and Conditions, August 9, 2010 |
| C | Demand Promissory Note |
| D | Guarantee |
| E | Written Confirmation and Invoice, October 10, 2008 – January 12, 2010 |
| F | Written Confirmation and Invoice, January 11, 2010 – December 15, 2010 |
| G | July 31, 2011 Statement |
| H | Written confirmation of Debt August or September, 2010 |
| I | Written confirmation of Debt March 31, 2009 |
| J | Written confirmation of Debt March 31, 2010 |
| K | Demand for Payment |