UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

PROPANE RESOURCES SUPPLY & )
MARKETING, L.L.C. )
)
             Plaintiff )
v. )   Case No. 11-cv-2451 JWL/DJW
)
CENTRAL L.P. GAS, INC. )
)
and )
)
HARRY GERBIGE, individually )
)
)
             Defendants. )

**JOINT ANSWER OF DEFENDANTS CENTRAL L.P. GAS, INC.,
AND HARRY GERBIGE**

COMES NOW Defendants, Central L.P. Gas, Inc., ("Central") and Harry Gerbige, individually, by and through their attorney of record, Michael J. Fischer of Payne & Jones, Chartered, and for its Answer to Plaintiff Propane Resources Supply & Marketing, LLC's ("PRSM") Complaint, state as follows:

**THE PARTIES**

1. In response to paragraph 1, Defendants admit PRSM is a Kansas limited liability company. The remainder is a legal conclusion to which no responsive pleading is required.

2. In response to paragraph 2, Defendants admit Central is an Alabama corporation. The remainder is a legal conclusion to which no responsive pleading is required.

3. Defendants admit the allegations contained in paragraph 3.

4. Defendants admit the allegations in paragraph 4.

5.  Defendants admit the allegations in paragraph 5.

## JURISDICTION AND VENUE

6. Defendants deny the allegations contained in paragraph 6.

7. Defendants deny the allegations contained in paragraph 7.

8. Defendants deny the allegations contained in paragraph 8.

9. Defendants deny the allegations contained in paragraph 9.

10. Defendants deny the allegations contained in paragraph 10.

11. Defendants deny the allegations contained in paragraph 11.

12. In response to paragraph 12, Defendants deny jurisdiction is proper.

13. In response to paragraph 13, Defendants deny venue is proper.

## GENERAL ALLEGATIONS

14. Defendants admit the allegations contained in paragraph 14.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 and therefore deny same.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 and therefore deny same.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 and therefore deny same.

18. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 and therefore deny same.

19. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph and therefore deny same.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 and therefore deny same.

21. In response to paragraph 21, Defendants admit transmitting a document to Plaintiff.

22. Defendants deny the allegations contained in paragraph 22.

23. In response to paragraph 23, Defendants admit transmitting a document to Plaintiff.

24. Defendants deny the allegations contained in paragraph 24.

## COUNT I: BREACH OF CONTRACTS AGAINST CENTRAL

25. In response to paragraph 25, Defendants incorporate by reference herein their responses to paragraphs 1 through 24 of the Complaint.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 and therefore deny same.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 and therefore deny same.

28. Defendants deny the allegations contained in paragraph 28.

29. Defendants deny the allegations contained in paragraph 29.

30. Defendants deny the allegations contained in paragraph 30.

31. Defendants deny the allegations contained in paragraph 31.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 and therefore deny same.

33. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 and therefore deny same.

34. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 and therefore deny same.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 and therefore deny same.

36. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 and therefore deny same.

37. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 and therefore deny same.

38. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 and therefore deny same.

39. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 and therefore deny same.

40. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 and therefore deny same.

41. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 and therefore deny same.

42. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 and therefore deny same.

43. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 and therefore deny same.

44. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 and therefore deny same.

45. Defendants deny the allegations contained in paragraph 45.

46. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 and therefore deny same.

47. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 and therefore deny same.

48. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 and therefore deny same.

49. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 and therefore deny same.

50. In response to paragraph 50, Defendants admit transmitting a document to Plaintiff.

51. In response to paragraph 51, Defendants admit that a writing which was not prepared by either Defendant was signed.

52. In response to paragraph 52, Defendants admit that a writing which was not prepared by either Defendant was signed.

53. Defendant denies the allegations contained in paragraph 53.

## COUNT II: BREACH OF CONTRACT AGAINST CENTRAL

54. In response to paragraph 54, Defendants incorporate their answers to the previous paragraphs as if set forth herein.

55. In response to paragraph 55, Defendants admit transmitting a document to Plaintiff.

56. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 and therefore deny same.

57. Defendants deny the allegations contained in paragraph 57.

58. Defendants deny the allegations contained in paragraph 58.

59. Defendants deny the allegations in paragraph 59.

60. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 and therefore deny same.

61. In response to paragraph 61, Defendants admit transmitting a document to Plaintiff.

62. In response to paragraph 62, Defendants admit transmitting a document to Plaintiff.

### COUNT III: BREACH OF CONTRACT AGAINST GERBIGE

63. In response to paragraph 63, Defendants incorporate their answers to the preceding paragraphs as if set forth herein.

64. In response to paragraph 64, Defendants admit transmitting a document to Plaintiff.

65. Defendants deny the allegations contained in paragraph 65.

66. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 and therefore deny same.

67. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 and therefore deny same.

68. Defendants deny the allegations contained in paragraph 68.

69. Defendants deny the allegations contained in paragraph 69.

70. Defendants deny the allegations contained in paragraph 70.

71. In response to paragraph 71, Defendants admit to transmitting a document to Plaintiff.

72. In response to paragraph 72, Defendants admit to transmitting a document to Plaintiff.

73. In response to paragraph 73, Defendants admit to transmitting a document to Plaintiff.

74. Defendants deny the allegations contained in paragraph 74.

## COUNT IV: EQUITABLE RELIEF: UNJUST ENRICHMENT/QUANTUM MERUIT AGAINST CENTRAL

75. In response to paragraph 75, Defendants incorporate their answers to the preceding paragraphs as if set forth herein.

76. Defendants deny the allegations contained in paragraph 76.

77. Defendants deny the allegations contained in paragraph 77.

78. Defendants deny the allegations contained in paragraph 78.

79. Defendants deny the allegations contained in paragraph 79.

80. Defendants deny the allegations contained in paragraph 80.

81. Defendants deny the allegations contained in paragraph 81.

82. Defendants deny the allegations contained in paragraph 82.

83. Defendants deny the allegations contained in paragraph 83.

84. Defendants deny the allegations contained in paragraph 84.

## COUNT V: ACTION ON ACCOUNT AGAINST CENTRAL

85. In response to paragraph 85, Defendants incorporate their answers to the previous paragraphs as if set forth herein.

86. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 and therefore deny same.

87. Defendants deny the allegations contained in paragraph 87.

88. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 and therefore deny same.

89. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 and therefore deny same.

90. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 and therefore deny same.

91. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 and therefore deny same.

92. In response to paragraph 92, Defendants admit a document was transmitted to Plaintiff.

93. In response to paragraph 93, Defendants admit a document was transmitted to Plaintiff.

94. Defendants deny the allegations contained in paragraph 94.

### COUNT VI: PROMISSORY ESTOPPEL AGAINST GERBIGE

95. In response to paragraph 95, Defendants incorporate their answers to the preceding paragraphs as if set forth herein.

96. In response to paragraph 96, Defendants admit transmitting a document to Plaintiff.

97. Defendants deny the allegations contained in paragraph 97.

98. Defendants deny the allegations contained in paragraph 98.

99. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 and therefore deny same.

100. Defendants deny the allegations contained in paragraph 100.

101. Defendants deny the allegations contained in paragraph 101.

102. Defendants deny the allegations contained in paragraph 102.

103. Defendants deny the allegations contained in paragraph 103.

104. Defendants deny the allegations contained in paragraph 104.

105. Defendants deny the allegations contained in paragraph 105.

## AFFIRMATIVE DEFENSES

1. Defendants affirmatively state that this court does not have jurisdiction over either Defendant in this case and preserves this defense.

2. Defendants affirmatively state that venue in this case is improper and preserves this defense.

3. Defendants affirmatively state that a portion of any alleged debt owed to Plaintiff has been paid and preserves this defense.

4. Defendants state that the entirety of the promissory note claimed as due and owing has been paid in full.

5. Accord and satisfaction.

## DEMAND FOR JURY TRIAL

Defendants hereby request a trial by jury of twelve (12) members.

WHEREFORE, Defendants pray that Plaintiff take nothing by its Petition, that these claims be dismissed, that Defendants be awarded their costs in this action, and for any other relief the Court deems just, fair and equitable.

Respectfully submitted,

PAYNE & JONES, CHARTERED


By: /s/  Michael J. Fischer
Michael J. Fischer            KS# 23187
11000 King, Suite 200
P.O. Box 25625
Overland Park, KS 66225-5625
Telephone:  (913) 469-4100
Facsimile:  (913) 469-8182

ATTORNEYS FOR DEFENDANTS

PJ-771966-v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document was served via U.S. Mail, postage prepaid, this 6th day of September, 2011 to:

Bryan E. Mouber
Baker Sterchi Cowden & Rice, LLC
9393 W. 110th Street, Suite 500
Overland Park, KS 66210

ATTORNEYS FOR PLAINTIFF

                                                                       _____
                                                                        Michael J. Fischer

PJ-771966-v1